# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-1600

———————

| | | |
|---|---|---|
| Stanton Q. Shelton, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Enrique Dos Santos; Veera Reddy; | * | [UNPUBLISHED] |
| Max Teng, | * | |
| | * | |
| Appellees. | * | |

———————

Submitted: May 25, 2004
Filed: June 18, 2004

———————

Before BYE, McMILLIAN, and SMITH, Circuit Judges.

———————

PER CURIAM.

Stanton Q. Shelton, a Fulton State Hospital inmate, appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. We grant Shelton in forma pauperis status, and waive the appeal fees. We find no abuse of discretion in the district court's decision to abstain from considering Shelton's claims arising from the administration of antipsychotic medication. See Night Clubs, Inc. v. City of Fort Smith, Ark., 163 F.3d 475, 479 (8th Cir. 1998) (standard of review). As the district court noted,

———————

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Shelton's mental-health treatment plan is subject to annual review by the state probate court, and if Shelton believes his court-appointed guardian is not acting in his best interests, he may file a motion in the state probate court for a hearing. <u>See</u> Mo. Rev. Stat. § 475.082 (2000). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

_____